# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Sharmaine Simpson

## Repayment Agreement and Order

No: 1:22-CR-00044-004

On August 15, 2024, Sharmaine Simpson was sentenced to 30 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Simpson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 15, 2024, I have been ordered to pay a total restitution of $154,634.00 and a special assessment of $100.00.

2. On April 17, 2026, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on January 13, 2025. The current balance of my restitution is $147,941.02.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of September 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $400.00 per month during the term of supervision.

x [signature] Aug 13, 2026

Sharmaine Simpson — Date

[signature] 8/13/26

Desmond A. Phillips, U.S. Probation Officer — Date

s/Barbara G. Parker 8/18/2026

Assistant U.S. Attorney — Date

**THE COURT ORDERS:**

☑ Approval ☐ Disapproval

[signature]

Leslie Abrams Gardner
Chief U.S. District Judge

8/21/2026

Date